United States District Court
Northern District of California

1

2

3

4                  UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7   SABRINA SILVA, et al.,                    Case No. 20-cv-00137-JST   (JCS)

8                  Plaintiffs,

9        v.                                   **ORDER TO FILE JOINT DISCOVERY LETTER**

10  B&G FOODS, INC., et al.,

11                 Defendants.

12

13       On November 25, 2020, Plaintiff filed a status report regarding discovery dispute.

14       IT IS HEREBY ORDERED THAT the parties shall e-file a joint discovery letter to the

15  Court on the discovery issue no later than the close of business on Wednesday, December 2, 2020.

16       **IT IS SO ORDERED.**

17  Dated: November 30, 2020

18  _____

    JOSEPH C. SPERO
19  Chief Magistrate Judge

20

21

22

23

24

25

26

27

28