# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>ZOOM CIVIL MINUTE ORDER</u>

| **Case No.:** 20-cv-00137-JST (JCS) | **Case Name:** Silva v. B&G Foods, Inc. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: December 11, 2020 | **Time:** 8 M (Zoom Webinar Time: 10:43-10:51) |

**Attorney for Plaintiff:** Greg Weston
**Attorney for Defendant:** Matthew Borden, David Kwasniewski

**Deputy Clerk:** Karen Hom          **Court Reporter:** <u>Belle Ball</u>

## <u>ZOOM WEBINAR PROCEEDINGS</u>

1. Discovery Hearing re: Discovery Letter [dkt 48] - Held

## <u>ORDERED AFTER HEARING</u>

Court issued rulings on the discovery issues.
Immediately following this hearing, the parties shall set up a Zoom video conference to draft a stipulation that reflects the Court's rulings and file the stipulation by 12/18/2020.

## <u>CASE CONTINUED TO:</u>

**Order to be prepared by:**
 [ X ] Plaintiff  &   [ X ] Defendant       [ ] Court