**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| **Case No.:** 20-cv-00137-JST (JCS) | **Case Name:** Silva v. B&G Foods, Inc. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: June 11, 2021 | **Time:** 11 M (10:14-10:25) |

**Attorney for Plaintiff:** Greg Weston
**Attorney for Defendant:** David Kwasniewski, Matt Borden

**Deputy Clerk:** Karen Hom          **Court Reporter:** <u>Belle Ball</u>

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Discovery Hearing re: Joint Discovery Letter to Compel and for Discovery Sanctions [dkt 85] - Denied

<u>**ORDERED AFTER HEARING**</u>

For reasons stated on the record, the Motion is DENIED, except as follows:

1. Parties shall meet and confer on meta data.
2. Parties shall meet and confer on confidentiality designations.
3. No relevancy redactions are permitted.
4. Produce a privilege log of all redactions.