**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:   (619) 343-2789

**Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SABRINA SILVA and NANCY SCHIER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>B&G FOODS, INC. and B&G FOODS NORTH AMERICA, INC.,<br><br>Defendants. | Case No: 4:20-cv-137-JST<br><br>**DECLARATION OF GAJAN RETNASABA PROVIDING PLAN FOR CLASS NOTICE**<br><br>Judge: The Honorable Jon S. Tigar |

I, Gajan Retnasaba, declare:

1. I am a Partner at Classaura LLC, a class action administration firm. I have been the project lead, developing and implementing court-approved notice plans for over 20 class actions including *Mason v. Heel*, No. 12-cv-3056-GPC-KSC (S.D. Cal.), *In re Qunol Liquid Labeling Litig.*, No. 8:11-cv-0017 (C.D. Cal.), *Arthur v. United Industries*, No. 2: 17-cv-06983-CAS-SK (C.D. Cal.), *Potzner v. Tommie Copper*, No. 1:15-cv-06055-AT (S.D.N.Y), *Mollicone v. Universal Handicraft*, No. 17-21468-CIV-RNS (S.D Fla), and *In re Quaker Oats Labeling Litig.,* No. 5:10-cv-00502 (N.D. Cal.). I also founded the popular class action advocacy website ClassActionRebates.com. My prior experience includes being a litigation associate at Jones Day and a senior associate at McKinsey & Company. I hold a J.D. from Harvard Law School and a Bachelor of Engineering from the University of New South Wales. I am over the age of 18 and am not a party to this action.

2. I have been asked by counsel for Plaintiffs to prepare (1) a plan for class notice following class certification, and (2) a tentative plan for class notice and monetary distribution, should the class achieve a judgment or settlement.

**Class Certification Notice**

3. I recommend a broad dissemination targeting likely consumers of Ortega Taco Shells ("Ortega").

4. Facebook is the single media outlet where people spend the most time, with approximately 230 million adult registered users in the United States who use the site at least once per month. For a notice plan, I recommend ads providing notice that a class has been certified and linking to the detailed class notice website. I recommend these ads be published 1.5 million times on the Facebook advertising network. This will duplicate the exposure and viewership of ads in multiple large California newspapers. The plan would be proportionately expanded to any other state included in the class.

5. Additionally, I recommend the use of PR Newswire to send a press release to its many news and media subscribers. Some of these publications will then write articles about the certification, while many online publications that subscribe to PR Newswire will place a verbatim or lightly-edited version of the press release on their websites.

6. Finally, I recommend the creation of a class website to provide case information, as well as email and postal contacts for class members to request further information or hard copies of information. The website would also allow class members to opt-out out of the class and to register for email updates.

**Settlement or Judgment Notice and Distribution of Funds**

7. Should a certified class obtain a settlement or monetary judgment in its favor, I recommend more extensive Facebook advertising and an additional press release.

8. The initial case website would become a dedicated judgment/settlement website. The website would include the class notice, high quality photographs of the products to aid in class member self-identification, the operative complaint, and the judgment or settlement/preliminary approval order. It would (1) describe the process for opting out of the class or objecting to the settlement; (2) give notice that a motion for final approval of the settlement and attorney fee application will be made; and (3) include a copy of the final approval motion and fee application within two court days of them being filed with the Court.

9. The website would also provide email, phone, and postal contacts for class members to request further information, hard copies of information, or request help. Class members who are unwilling or unable to access the website will be able to use a toll-free telephone number by which they can request a paper copy of the notice or other documents be mailed to them.

10. The website would have a straightforward design that is ADA compliant and works on older computers.

11. Opt-out requests could be made online through a form on the notice website and may also be made by mail. The website would also allow class members to download an opt-out form that can be printed and submitted by mail.

12. I further recommend that the press release be forwarded to several websites and e-mail lists used by members of the public with an interest in making class action claims whenever they are eligible.

13. Moreover, I recommend the Court order B&G to post a link to the summary form of the Settlement or Judgment Notice on its relevant web properties and an insert within the package of Ortega providing notice of the judgment or settlement for a three-month period.

14. The content of both the summary and long-form versions of the Judgment Notice will describe the judgment, describe the process for making claims online and by mail, give notice that an attorney fee application will be made, describe how class members may obtain a copy of the fee application from the administrator or online, and describe how they may oppose the application.

15. Monetary claims may be made entirely online, via the class website, where class members will affirm, under penalty of perjury, their best recollection of the number of each eligible product they purchased. The claim form will be secured using 128-bit encryption, which is the commercial standard. Claim data will be stored in a secure database. The class website will also allow class members to download claim forms that can be printed and submitted by mail.

16. For class members who are unwilling or unable to make claims online, the Judgment Notice, in both its long and summary forms, will be provided via a toll-free telephone number by which class members can request claim forms by mail.

17. If the initial notice campaign described above does not result in the distribution of most of the judgment, I would recommend additional notice be disseminated. This additional notice would not be a simple repetition of the first round, but would be based on tracking which methods of notice (from the previous rounds) are most cost effective in generating valid claims.

**Prevention of Erroneous, Duplicative, and Fraudulent Claims**

18. Erroneous, duplicative, and fraudulent claims will likely be only a small percentage of total claims because of the low retail cost of the products. Nonetheless, I would undertake several methods of preventing payment of these invalid claims.

19. To prevent duplication, all online claims would be loaded into an electronic database. Claims received by mail would be manually entered into the same database. An algorithm would then be run to identify duplicate entries, including those that are not exact duplicates, but involve small variations in names or addresses.

20. One type of erroneous claim is incomplete claims. To the extent possible, the information contained within the incomplete claims will be used to notify the submitter of the incomplete claim. A second type are those that do not match with a database of addresses. These individuals will similarly be contacted and encouraged to resubmit a corrected claim.

21. Fraudulent claims are less significant in cases such as this involving an inexpensive retail product, because the per-person or per-unit recovery tends to be small commensurate with the price of the subject product. Moreover, merely requiring claims forms be submitted under "penalty of perjury" substantially deters fraud. Nonetheless, fraud can be further reduced by utilizing fraud detection techniques and rejecting fraudulent claims. The claims database will be queried to report signs of fraud such as: (1) multiple online claims made from the same Internet Protocol ("IP") address; (2) claims made by known submitters of fraudulent claims, whose information is shared within the class action administration community, (3) claims requesting payment be sent to penal institutions, (4) claims selecting incorrect corroborating information such as an incorrect product description (such as the color of the packaging), and (5) the identification of a location or store of purchase that does not match B&G's records of its retail customers that sold the products during the class period.

22. Any claims flagged as potentially fraudulent will be contacted, whenever possible, and asked to submit proof of purchase or their claim will be deemed ineligible.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 22, 2021 in Atlanta, Georgia.

Gajan Retnasaba

DATED: October 22, 2021

Respectfully Submitted,

s/ Gregory S. Weston

**Counsel for Plaintiffs**