1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA SILVA and NANCY SCHIER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>B&G FOODS, INC. and B&G FOODS NORTH AMERICA, INC.,<br><br>Defendants. | Case No: 4:20-cv-137-JST<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Judge: The Honorable Jon S. Tigar<br>Date: February 3, 2022<br>Time: 2:00 p.m.<br>Location: Courtroom 6 |

The Court having considered the Motion of Plaintiffs Sabrina Silva and Nancy Schier, the submissions and arguments of the parties in support of and in opposition to the Motion, oral arguments, all other prior proceedings and pleadings had in this matter, and all other relevant matters, and for good cause shown,

**IT IS HEREBY ORDERED:**

This action is certified as a class action under Federal Rule of Civil Procedure 23(a) and 23(b)(3), on behalf of the following Class:

> All citizens of California, Connecticut, the District of Columbia, Florida, Hawaii, Illinois, Massachusetts, Michigan, Missouri, Rhode Island, Vermont, and Washington, who purchased, between 1/1/2010 and 12/31/2016, for household or personal use, Ortega taco shell products containing partially hydrogenated oil in packaging bearing the labeling claim "0g Trans Fat!"

1.  Plaintiffs Sabrina Silva and Nancy Schier are appointed Class Representatives on behalf of the Class.

2.  The Weston Firm is appointed Class Counsel.

3.  The class notice attached as Exhibit O to the Public Declaration of Gregory S. Weston is hereby approved. Defendants are ordered to pay all costs of class notice pursuant to Cal. Civ. Code § 1781(d).

**IT IS SO ORDERED**

DATED: _____, 2021

_____
The Honorable Jon S. Tigar
United States District Court Judge