1  Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
2  David H. Kwasniewski, Esq. (SBN: 281985)
    kwasniewski@braunhagey.com
3  BRAUNHAGEY & BORDEN LLP
   351 California Street, Tenth Floor
4  San Francisco, CA 94104
   Telephone: (415) 599-0210
5  Facsimile: (415) 599-0210

6  ATTORNEYS FOR DEFENDANTS
   B&G FOODS, INC. AND B&G FOODS
7  NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SABRINA SILVA and NANCY SCHIER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>B&G FOODS, INC., and B&G FOODS NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 4:15-cv-03772-JST<br>Rel. Case No. 4:20-cv-00137-JST<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DECLARATION OF ROBERT PALMATIER, PhD**<br><br>**Date:** March 3, 2022<br>**Time:** 2:00 P.M.<br>**Judge:** The Hon. Jon S. Tigar<br>**Ctrm.:** 6, 2nd Floor<br><br>**Compl. Filed**: January 7, 2020<br>**Trial Date:** None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants B&G Foods, Inc., and B&G Foods North America, Inc. ("Defendants" or "B&G Foods") hereby move to file the unredacted versions of their Declaration of Robert Palmatier, PhD ("Palmatier Declaration") under seal. B&G Foods has reviewed and complied with the Court's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rule 79-5.

B&G Foods seeks to seal several highly confidential documents and information which the Court has previously ordered sealed in this case. Specifically, and as further detailed below, B&G Foods seeks to (1) a copy of a confidential consumer survey conducted by B&G Foods in 2012, which the Court previously recognized as confidential in its May 18, 2021 and November 11, 2021 Orders (Dkt. Nos. 84, 102); (2) copies of the reports of Plaintiffs' experts, which discuss B&G Foods confidential information, including the survey, and which the Court previously recognized as confidential in its November 11, 2021 Order (Dkt. No. 102); and (3) limited portions of the Palmatier Declaration which quote from the 2012 survey.

Although there is a federal common law right to access public court records, that right is not absolute. *See Nixon*, 435 U.S. at 598. Courts in the Ninth Circuit evaluate requests to seal under different standards depending on the nature of the underlying motion. For records attached to dispositive motions, the moving party must demonstrate a "compelling reason" to keep documents under seal. *See Kamakana*, 447 F.3d at 1179. "In general, 'compelling reasons' . . . exist when such 'court files might have become a vehicle for improper purposes,' such as . . . release[ing] trade secrets." *Id.* For records attached to non-dispositive motions, "'a good cause' showing . . . will suffice." *Id.* at 1180. The "vast majority of courts within this circuit" treat motions for class certification as non-dispositive motions to which the "good cause" sealing standard applies. *See Dugan v. Lloyds TSB Bank, PLC*, 2013 WL 1435223, *1 (N.D. Cal. 2013). The precise standard is less important in a case like this, however, where the material in question would be sealable under either the "good cause" or "compelling reasons" standard "because disclosure would release a trade

secret or result in use for an improper purpose." *See In re Google Inc. Gmail Litig.*, No. 13-MD-02430-LHK, 2014 WL 10537440 at *18 (N.D. Cal. Aug. 6, 2014).

Here, the unredacted version of the Palmatier Declaration contain quotes and discussions of documents designated by B&G Foods as "CONFIDENTIAL." Specifically, these documents contain (1) proprietary and confidential marketing strategies and consumer behavior analysis on which B&G Foods relies in marketing the Ortega® brand; (2) sales data for various Ortega ® taco shell products over a period of six years, including detailed information regarding shipment and sales volume for each year from 2010 through 2015; (3) a list of the ingredients in Ortega® taco shells and their sources; and (4) detailed information concerning the precise amounts of various materials contained in certain Ortega® taco shell products. (*See* Declaration of Juv Marchisio in Support of Administrative Motion to File Under Seal ("Marchisio Decl. 1") (May 5, 2021) (Declaration of David Kwasniewski in Support of Defendants B&G Foods, Inc. and B&G Foods North America, Inc.'s Administrative Motion to File Under Seal Re: Declaration of Robert Palmatier, Phd "Kwasniewski Decl." Ex. 1); Declaration of Juv Marchisio in Support of Plaintiff's Administrative Motion to Seal ("Marchisio Decl. 2") (Oct. 27, 2021) (Kwasniewski Decl. Ex. 2)). B&G Foods would suffer serious competitive harm if this information became public. *Id.* This information is treated as a trade secret within B&G Foods and is not widely disseminated, nor has it been revealed outside of B&G Foods, and disclosure would cause B&G Foods serious competitive or reputational harm. *Id.* Disclosing this information would give competitors unfair insight into B&G Foods's internal sales breakdowns over time and could allow a competitor to reverse engineer the recipes for Ortega® taco shell products. *Id.* In light of these facts, the Court previously granted administrative motions to file all of this information under seal. *See* Dkt. Nos. 84, 102.

below is a chart identifying the documents proposed to be filed under seal, and the specific reason why sealing is appropriate:

| Document | Bates Range | Extent of Defendants' Confidentiality Designation | Reasons for Sealing Document. |
|---|---|---|---|
| Declaration of Robert Palmatier PhD (Kwasniewski Decl. Ex. 3) | Discussion of information contained in BG416, BG430, BG439, BG434, BG438, BG442, BG458, BG470, BG472, BG503, BG506, BG510 | Paragraphs 24-26 | These paragraphs discuss a highly confidential marketing survey, the nature and contents of which are unknown to B&G Foods's competitors because B&G Foods maintains this information as a trade secret. This document contains proprietary and confidential marketing strategies and consumer behavior analysis on which B&G Foods relies in marketing the Ortega® brand. B&G Foods would suffer serious competitive harm if the information in this document became public. (Decl. Marchisio 1 ¶ 5; Decl. Marchisio 2 ¶ 6.) <br><br> The Court has found sealing this information appropriate. (Dkt. 84, 102.) |
| Declaration of Robert Palmatier | Discussion of information | The screenshot of a marketing survey | This is a portion of a highly confidential marketing survey, the |

| | | | |
|---|---|---|---|
| PhD (Kwasniewski Decl. Ex. 3) | contained in BG416, BG430, BG439, BG434, BG438, BG442, BG458, BG470, BG472, BG503, BG506, BG510 | following paragraph 28 | nature and contents of which are unknown to B&G Foods's competitors because B&G Foods maintains this information as a trade secret. This document contains proprietary and confidential marketing strategies and consumer behavior analysis on which B&G Foods relies in marketing the Ortega® brand. B&G Foods would suffer serious competitive harm if the information in this document became public. (Decl. Marchisio 1 ¶ 5; Decl. Marchisio 2 ¶ 6.) The Court has found sealing this information appropriate. (Dkt. 84, 102.) |
| Exhibits 2 and 3 to the Declaration of Robert Palmatier PhD. (2012 marketing survey) (Kwasniewski Decl. Exs. 4, 5) | BG416, BG430, BG439, BG434, BG438, BG442, BG458, BG470, BG472, BG503, BG506, BG510 | The entire page | These are portions of a highly confidential marketing survey, the nature and contents of which are unknown to B&G Foods's competitors because B&G Foods maintains this information as a trade secret. This document contains proprietary and |

| | | | |
|---|---|---|---|
| | | | confidential marketing strategies and consumer behavior analysis on which B&G Foods relies in marketing the Ortega® brand. B&G Foods would suffer serious competitive harm if the information in this document became public. (Decl. Marchisio 1 ¶ 5; Decl. Marchisio 2 ¶ 6.) The Court has found sealing this information appropriate. (Dkt. 84, 102.) |
| Exhibit 2 to the Declaration of Robert Palmatier PhD; (Expert Report of Professor Robert M. Bowen) | Discusses BG511 | Those portions redacted in the publicly filed version of this document, filed concurrently herewith. | This document contains portions of an Excel spreadsheet consisting of sales data for various Ortega ® taco shell products over a period of six years. This document includes detailed information regarding shipment and sales volume for each year from 2010 through 2015. This information has not been revealed outside of B&G Foods, and disclosure would cause B&G Foods serious competitive or reputational harm by, among other things, giving |

| | | | competitors unfair insight into B&G Foods' internal sales breakdowns over time. (Marchisio Decl. 2 ¶ 7.) The Court has found sealing this information appropriate. (Dkt. 102.) |
|---|---|---|---|
| Exhibit 2 to the Declaration of Robert Palmatier PhD; (Expert Report of Dr. Nathan Wong) | Discusses and attaches BG6-9, BG11, and BG511-15 | Those portions redacted in the publicly filed version of this document, filed concurrently herewith. | BG511 is an Excel spreadsheet consisting of sales data for various Ortega ® taco shell products over a period of six years. This document includes detailed information regarding shipment and sales volume for each year from 2010 through 2015. This information has not been revealed outside of B&G Foods, and disclosure would cause B&G Foods serious competitive or reputational harm by, among other things, giving competitors unfair insight into B&G Foods' internal sales breakdowns over time. (Marchisio Decl. 2 ¶ 7.) |

BG19-20 is a highly confidential list of the ingredients in Ortega® taco shells and their sources. This information is treated as a trade secret within B&G Foods and is not widely disseminated. Although B&G Foods has changed the oil it uses to fry its taco shells since this document was prepared, it would be a simple matter for a competitor to reverse engineer B&G Foods's taco shell recipe should the information in this document become public. (Marchisio Decl. 1, 2. ¶ 4.)

B&G512-515 include detailed information concerning the precise amounts of various materials contained in certain Ortega® taco shell products. This information has not been revealed outside of B&G Foods, and disclosure would cause B&G Foods serious competitive or reputational harm for many of the

| | | | |
|---|---|---|---|
| | | | same reasons set out above with respect to the documents bearing Bates Nos. BG19-20: disclosure could allow a competitor to reverse engineer the recipes for Ortega® taco shell products. (Marchisio Decl. 2 ¶ 8.) The Court has found sealing this information appropriate. (Dkt. 102.) |

For the foregoing reasons, B&G Foods respectfully requests that the information identified herein, and in B&G Foods's Proposed Order be filed under seal.

Dated: December 17, 2021

Respectfully Submitted,

David Kwasniewski
Counsel for Defendant