# EXHIBIT 4

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SABRINA SILVA and NANCY SCHIER,  )
on behalf of themselves and all  )
others similarly situated,        )
                                  )
          Plaintiffs,             )
                                  ) Case No.
          vs.                     ) 4:20-cv-00137-
                                  ) JST
B&G FOODS, INC., and B&G FOODS    )
NORTH AMERICA, INC.,              )
                                  )
          Defendants.             )
_____    )

VIDEOTAPED DEPOSITION OF NANCY SCHIER

VIA ZOOM

Thursday, December 17, 2020

REPORTED BY:

NOELLE C. KRAWIEC

CSR NO. 14255

JOB NO.

678531



Page 14

 1      Q    Sure.

 2           If my client was going to write you a

 3   check, how much do you want?

 4           MR. WESTON:  Objection to form.

 5           THE WITNESS:  That -- that doesn't make any

 6   sense, though, to me.  Because it's also about lying

 7   to people.  Lying to me.  Lying to the people that

 8   bought the product.  So that doesn't take care of

 9   them.

10           So money does not -- you know, it's not

11   enough.  You guys need to be held accountable.

12   BY MR. BORDEN:

13      Q    Okay.  Would you be happy with a settlement

14   that paid you $5,000 and your lawyer $55,000 and

15   B&G Foods didn't make any change to its formulation

16   of its product and B&G Foods didn't make any change

17   to the labeling of its product?

18      A    No --

19           MR. WESTON:  Objection to form.

20           THE WITNESS:  I just think it's dishonest,

21   so that's not enough.  What about the possible

22   health issues?  The complications it might have

23   caused on me?  Is that worth a certain amount of

24   money?  I mean you can't put a price on that.

25   BY MR. BORDEN:



```
 1      Q    Well, what more would you like to see them
 2  do as part of a settlement?
 3      A    I don't -- I think they need to be held
 4  accountable.  They need to be fined.  Things need to
 5  change in the food industry.
 6      Q    What things need to change in the food
 7  industry?
 8      A    Putting --
 9           MR. WESTON:  Objection.  Form.
10           THE WITNESS:  Putting poison in our food.
11  How is that okay?
12  BY MR. BORDEN:
13      Q    Are you talking about my client or other
14  people?
15      A    One of them is your client who put false
16  labels saying it had something it did have [sic] on
17  the front of a label and especially making it, like,
18  so it stood out.
19      Q    Are there other people in the food industry
20  you think who should be held accountable as well?
21      A    Well, this is about Ortega.
22      Q    And what you're saying is a payment of
23  $5,000 to you and $55,000 to your lawyer wouldn't be
24  enough because it wouldn't protect the group of
25  people who bought the taco shells; right?
```



Page 16

1          MR. WESTON:  Objection to form.

2          THE WITNESS:  I think that's really

3     generalizing it, and it's unfair.

4     BY MR. BORDEN:

5      Q    What's unfair?

6      A    That a company like Ortega would put poison

7     in their food and think that paying someone off is

8     okay.

9      Q    And you wouldn't want a payoff like that;

10    right?

11     A    It's not enough.

12     Q    It would be selling out the other people in

13    the class; right?

14         MR. WESTON:  Objection to form.

15         THE WITNESS:  I don't understand.

16    BY MR. BORDEN:

17     Q    Well, if it was just a payment to you and a

18    payment to your lawyer, the class wouldn't get

19    anything.  And that's part of your objection to the

20    hypothetical settlement that I just proposed to you;

21    correct?

22         MR. WESTON:  Objection to form.

23         THE WITNESS:  A false claim is okay to do

24    is what you're saying, as long as you pay off the

25    people that catches you.



1   BY MR. BORDEN:

2       Q    Is that okay with you?

3       A    No, it's not.

4       Q    Why?

5       A    It's wrong.  It's wrong.  We rely on that

6   label and trust it.  Especially being a mom in a

7   hurry, buying something and stuff, like, "Oh, okay.

8   It seems like it's healthy.  It's gluten free.  It's

9   got no fat.  Let's go get it."

10          It's really important for me to feed my

11  children well and healthy.

12      Q    I understand.

13          And your purpose in bringing this case is

14  to bring about some type of change, I take it?

15      A    Partly.  And for Ortega to have -- to be

16  fined and punitive damages.

17      Q    And you wouldn't compromise those goals;

18  right?

19          MR. WESTON:  Objection to form.

20          THE WITNESS:  Rephrase your question.

21  BY MR. BORDEN:

22      Q    Sure.

23          And if someone proposed to compromise those

24  goals for the sum of $5,000 to you and $55,000 to

25  your lawyer, you'd be offended by that offer; right?



Page 18

1    A    Yes, I would be.

2    Q    So how is it that you first came in contact

3    with your lawyers?

4    A    We have a mutual friend, and I'm very

5    passionate about keeping my kids healthy.  I've had

6    health challenges.  And so I had spoken to that

7    friend about being frustrated with GMOs and what's

8    put, like, even in baby bottles.  And how is that

9    okay?  And he referred me to Greg.

10   Q    Who is your friend?

11   A    His name is Steve.  Our kids are in the

12   same class or were back then.

13   Q    Uh-huh.  What's Steve's last name?

14   A    Altes.

15   Q    A-L-T-E-Z?

16   A    Yes -- I believe with an "S."

17   Q    And you said your kids are in the same

18   class?

19   A    They were in the same class back then, and

20   we -- they grew up together.  Like, doing jamboree

21   and preschool.  So we had known each other for a

22   while.

23   Q    Where does Mr. Altes live?

24   A    In Valencia.

25   Q    Still lives there?



Page 24

1   client?

2       A    I think it's the mutation of what happened

3   to cause the kidney cancer.

4       Q    Has your doctor opined on this?

5       A    Opined on what?

6       Q    On whether -- on what the causes of your

7   kidney cancer was.

8       A    It's unknown.  It's --

9       Q    Sorry.  Go ahead and finish your answer.

10      A    It's hard to tell.  It's a mutation of our

11  cells; right?  So where it actually stemmed from, I

12  don't know.

13      Q    Understood.

14           Has any doctor told you that your kidney

15  cancer resulted from eating taco shells?

16      A    No.  However, it's the misleading of the

17  label that had me take the taco shells.  It's just

18  an unhealthy choice.

19      Q    Uh-huh.  But in terms of physical injuries,

20  has any doctor examined you and given you some kind

21  of opinion that says, you know, "You have some kind

22  of physical injury to yourself as a result of eating

23  these taco shells"?

24      A    They couldn't --

25           MR. WESTON:  Objection to form.



Page 25

1            THE WITNESS:  They couldn't tell me exactly

2     what caused it.

3     BY MR. BORDEN:

4        Q    So I take it it's true that no doctor has

5     told you that eating these taco shells has caused

6     you any physical harm?

7            MR. WESTON:  Objection to form.

8            THE WITNESS:  So yes.

9     BY MR. BORDEN:

10       Q    So besides the -- I think you also

11    mentioned that you felt like there was a risk to

12    your health in the future that you attribute to my

13    client; is that true?

14       A    Well, I now have a blood cancer called PV

15    disease.

16       Q    And is the blood cancer something that you

17    attribute to eating taco shells?

18           MR. WESTON:  Objection to form.

19           THE WITNESS:  I'm not a doctor, so I'm

20    not -- I don't know.

21    BY MR. BORDEN:

22       Q    Is this the kind of blood cancer that makes

23    you really fatigued, and is it called PVC?

24       A    It's called PV.

25       Q    PV.



Page 32

```
 1      A    You mean like the amount?

 2      Q    Yeah.  How many taco shells were there in

 3  the box?

 4      A    I believe 12.

 5      Q    Okay.  And did you buy the yellow kind or

 6  the white kind or both?

 7      A    We tried the white kind once, but --

 8      Q    So you had -- I'm sorry.

 9      A    We would get both -- well, no, I tried the

10  white kind once, but we would lean towards the

11  yellow.

12      Q    Okay.  You liked the yellow better?

13      A    Yes.

14      Q    You liked the -- I think you said you liked

15  the taste?

16      A    Yes.

17      Q    And the crunchiness?

18      A    Yes.

19      Q    And it was reasonably priced?

20      A    Yes.

21      Q    And so I guess what I want to do now is,

22  like, just -- let's go back in time to the first

23  time you bought the product.

24           And I said you -- I think you said you had

25  already tried Trader Joe's taco shells at that
```



Page 73

```
 1          THE WITNESS:  It says "zero trans fat" on

 2   the label.

 3   BY MR. BORDEN:

 4     Q    You didn't read the ingredients of the

 5   product that you bought; right?

 6     A    Correct.

 7     Q    You didn't read the nutritional facts of

 8   the product that you bought?

 9     A    Not for taco shells.

10     Q    Let me show you another document.  I'll

11   have to go through the same cumbersome process.

12          All right.  Can you see my document?

13     A    Yes.

14          MR. BORDEN:  So, for the record, this is

15   going to be marked Exhibit 4, please, Madam Court

16   Reporter.

17          (Exhibit 4 was marked for identification by

18          the certified shorthand reporter.)

19   BY MR. BORDEN:

20     Q    This is a list of product attributes.  And

21   what I want you to do is to tell me, in terms of a

22   scale of 1 to 10 -- 10 being most important; 1 being

23   least important -- how important these factors were

24   to you in your purchase of taco shells and Ortega

25   taco shells.
```



1          And if, for example, it's something that
2     changed over time, I'd like you to tell me.  And we
3     can use two numbers to denote that.
4          Okay?
5          MR. WESTON:  If it's all right with you,
6     Matt, can I make an objection to all of the
7     questions that utilize this spread without having to
8     repeat it every time to the form?
9          MR. BORDEN:  Sure.  You can have a standing
10    objection.  That's fine.
11         MR. WESTON:  Yes.  I have a standing
12    objection to form of the questions that utilize this
13    exhibit, which I will not repeat for every question.
14         MR. BORDEN:  Understood.
15    Q    So do you understand what we're about to do
16    Ms. Shire -- Ms. Schier?  Excuse me.
17    A    I do, but I have a problem with this.
18    Q    Well, okay.  Why don't you tell me what
19    your problem is.
20    A    You want to know the value of, say, the
21    tacos being crispy to me.
22    Q    Uh-huh.
23    A    But the point is the tacos had poison in
24    it.  It had trans fat.  That is unhealthy.  So how
25    does this help, this chart help, with the fact that



Page 75

1    what was in those tacos when we purchased them was

2    something that was not good for us overall?

3         Q    What about something that you -- you know,

4    that's a point that I think you have said a couple

5    of times.  I think your testimony is clear on that.

6              But what I would like to do is to go

7    through this and to get, you know, your best

8    testimony about this chart and, you know, the

9    relevance and other things like that that lawyers

10   can fight about later.  And your lawyer has made a

11   standing objection to it.

12             And so...

13        A    Well, I'll make it easy.  All of this is 0

14   for me.  Because the packaging, all the beautiful

15   things about the taco shell, does not justify the

16   fact that the label lied to us.

17        Q    I'm talking about at the time of your first

18   purchase right now.  Obviously, you could say, you

19   know, it -- maybe the taco shells were crisp was,

20   you know, some number -- 5, 6, 9, 3 -- at the time

21   of the first purchase, and it went to 0 in 2019.

22   And that's 9.  If that's how you would like to fill

23   this out, we can do that.

24             But I'd like to understand, you know, back

25   in 2012 when you first bought the product, what you



Page 76

1   understood, what you felt about the taco shells

2   being crisp.

3        A     However, it was so long ago.

4        Q     I would just like your best testimony on

5   this.

6        A     I'm going to say 0.

7        Q     Okay.  Package is resealable?

8        A     I don't recall; so 0.

9        Q     Taste?

10        A     I'll give you a 1 for that.

11        Q     Okay.  And did that change over time?

12        A     Doesn't matter.

13        Q     Well, did it change over time?

14        A     The taste?

15        Q     Yeah, your feeling about the taste.  This

16   isn't about -- this is, like, what attributes made

17   you buy these products and continue to buy the

18   products over a seven-year period.

19              You said that the taco shells being crisp

20   is irrelevant.  That the package is resealable is

21   irrelevant.  And you're saying taste is a 1.

22              Is that accurate?

23        A     I thought you meant how you guys did, so

24   this is a rating of how you guys did.  Not what I'm

25   looking for?



Page  77

1      Q      This is what you -- this is your view of

2   the importance of these attributes that caused you

3   to purchase the product and continued to buy the

4   product over a seven-year period.

5      A      So this is regarding Ortega, just Ortega

6   taco shells, not any taco shell?

7      Q      That's correct.  This is about client's

8   product.

9             So let's start at the top again, "taco

10  shells are crisp."

11     A      Just to clarify --

12     Q      Uh-huh.

13     A      -- this is the value I am looking for in a

14  product, Ortega product?

15     Q      Yeah.  This is the value that you were

16  looking for in 2012.  Let's just start with that.

17  When you first started buying the product, when you

18  started to, you know, continually buy the product,

19  on a scale of 1 to 10, how important was it to you

20  that the taco shells were crisp?

21     A      5.

22     Q      Okay.  And how about the package is

23  resealable?

24     A      5.

25     Q      Okay.  And how about taste?



Page 78

```
 1      A    6.

 2      Q    Okay.  How about no saturated fat?

 3      A    10.

 4      Q    How about no artificial colors?

 5      A    5.

 6      Q    How about gluten free?

 7      A    6.

 8      Q    Natural flavors?

 9      A    6.

10      Q    Stayed fresh after opening?

11      A    6.

12      Q    Size of taco shells?

13      A    0.

14      Q    Made from real corn?

15      A    6.

16      Q    Easy to eat with one hand?

17      A    I'm thinking more about the little ones.

18   It would be impossible for them; so I'll give it a

19   6.

20      Q    Quantity of taco shells in the box?

21      A    5.

22      Q    Saltiness?

23      A    0.

24      Q    Taco shells are not broken?

25      A    5.
```



Page 79

```
 1       Q     Tastes fresh and not stale?

 2       A     10.

 3       Q     Authentic taste?

 4       A     10.

 5       Q     Restaurant quality?

 6       A     5.

 7       Q     Zero grams trans fat?

 8       A     I don't know how to answer that.

 9       Q     I could leave it blank, if you want, but if

10  you want to assign a number, you're more than

11  welcome to do so.

12       A     But I still don't understand that question,

13  though.  Yeah, let's leave it blank.

14       Q     Okay.  But I want to make sure you

15  understand the question.

16             So how can I clarify it for you?  Like --

17       A     It feels like you're asking me to grade

18  your product which, if it was up to me, it would be

19  all zeros after knowing about what it really

20  contains.

21       Q     Well, we were talking about -- what I'm

22  trying to get at is decision-making and, you know,

23  why you bought the product, why you continued to buy

24  the product.

25             And so, you know, before you went and saw
```



Page 80

1    Mr. Weston before you filed this lawsuit, you were

2    buying the taco shells, and there were reasons for

3    buying the taco shells, and not all the reasons were

4    equal.

5            Some things were very important for you,

6    and some things were unimportant for you.  And some

7    things didn't matter at all, and some things were

8    kind of mediocre important?

9            And that's what I'm trying to get it.

10    A    I understand that part.  But how do I not

11    know you're not going to switch this to making,

12    "See, our product is awesome.  She thinks it was

13    awesome."

14            So I'm concerned that there's a twist on

15    this.

16    Q    There's no twist.  I'm not trying to trick

17    you.  I'm just trying to get your honest and candid

18    answers.

19            We're not going to go tell the world that

20    "Nancy Schier loves our product," and you're not

21    going to be a spokesperson on the label of the next

22    taco shell or anything like that.  We're not going

23    to tell the judge that -- you know, anything.  You

24    have your lawyer here to -- you know, who is

25    representing you.



1           So I'm not trying to do anything other than

2    just get your perceptions, your feelings, and your

3    testimony.

4           Okay?

5      A    I understand that.  But this list -- I'm so

6    sorry.  I keep going back.  This is about you guys,

7    not what I'm shopping for in general.

8      Q    This is about Ortega brand taco shells.

9      A    So it's like -- okay.

10     Q    So going back to zero grams trans fat, what

11   number would you give that?

12     A    Trusting the label -- and I want that to be

13   understood -- that was high on my list.

14     Q    Okay.

15     A    So I'll give that a 10.

16     Q    Okay.  And, by the way, when you were

17   buying -- shopping for taco shells, did you look at

18   other taco shell brands and see if they had

19   zero grams trans fat on their label?

20     A    Not at the time.

21     Q    When did you do that?

22     A    Well, I just looked at your -- your label,

23   and I -- you did -- I felt like the work was done

24   for me.  It was advertised that it had zero trans

25   fat on it.  So why do I need to look for any other?



Page 82

1   Unless I wasn't [sic] shopping where it wasn't being

2   sold -- or I was shopping where it wasn't being

3   sold.

4           But I knew it was at Vons or Ralph's.  And,

5   therefore, I bought you guys.

6       Q    So what other brands did you look at?

7           MR. WESTON:  Objection to form.

8           THE WITNESS:  Occasionally at Trader Joe's.

9   BY MR. BORDEN:

10      Q    Okay.  And did the Trader Joe's have

11  zero grams trans fat on the front of the label?

12          MR. WESTON:  Objection to form.

13          THE WITNESS:  Not advertised.

14  BY MR. BORDEN:

15      Q    Okay.  When did you look at the

16  Trader Joe's taco shells?

17      A    I couldn't give you a date.

18      Q    Was it in the 2012 to 2019 range we have

19  been talking about now?

20      A    I couldn't give you a date.

21      Q    And where -- did you look at the nutrition

22  facts on those taco shells?

23      A    No.

24          MR. WESTON:  Objection to form.

25  BY MR. BORDEN:



Page  83

1     Q     Can you remember anything that was on the

2     label of the Trader Joe's taco shells that you

3     looked at?

4     A     It's been a long time; so, no.

5     Q     Okay.  So going back to our chart here,

6     adds fun to foods?

7     A     It's a 6.

8     Q     Saw it on TV?

9     A     0.

10    Q     In-store displays?

11    A     0.

12    Q     Social media?

13    A     0.

14    Q     Promotion or coupon?

15    A     0.

16    Q     Blog?

17    A     0.

18    Q     Other advertising?

19    A     0.

20    Q     Non-animal based?

21    A     10.

22    Q     Price?

23    A     5.

24    Q     Kosher?

25    A     0.



Page 84

```
 1        Q     Packaging?

 2        A     10.

 3        Q     All-natural ingredients?

 4        A     10.

 5        Q     Family likes or asks for it?

 6        A     6.

 7        Q     Family or friend recommended it?

 8        A     3.

 9        Q     Convenience?

10        A     6.

11        Q     Zero cholesterol?

12        A     7.

13        Q     Natural sweeteners?

14        A     7.

15        Q     Color?

16        A     5.

17        Q     The way it was displayed in store?

18        A     0.

19        Q     Sugar free?

20        A     0.

21        Q     Vegan?

22        A     9.

23        Q     Oops.  Pardon me.

24              Liked the company or brand?

25        A     6.
```



Page 85

```
 1      Q    Soy free?

 2      A    3.

 3      Q    Any other attributes that you want to add?

 4      A    I think that's it.

 5           MR. BORDEN:  Okay.  So what I'm going to do

 6   is have this filled-out chart marked as

 7   Exhibit 4 [sic] and entered into the record.  I will

 8   wait until our next break to send out the exhibit.

 9           (Exhibit 4-1 was marked for identification

10           by the certified shorthand reporter.)

11           MR. BORDEN:  All right.  I'm going to show

12   you another document.  So this will be marked as

13   Exhibit 5.

14           (Exhibit 5 was marked for identification by

15           the certified shorthand reporter.)

16   BY MR. BORDEN:

17      Q    Do you see that?

18      A    Uh-huh.

19      Q    So, for the record, Exhibit 5, it says:

20           "Ortega nutrition facts:  Serving size:

21           Two shells, 28 grams.  Serving per

22           container:  6."

23           It goes on to have the calories and some

24   other nutritional information on it.  I'm going to

25   make the image hopefully so it can fit on the screen
```



1    STATE OF CALIFORNIA    )

2    COUNTY OF LOS ANGELES ) ss.

3

4            I, NOELLE C. KRAWIEC, CSR No. 14255, in and

5    for the State of California, do hereby certify:

6            That prior to being examined, the witness

7    named in the foregoing deposition was by me duly

8    sworn to testify to the truth, the whole truth, and

9    nothing but the truth;

10           That said deposition was taken down by me

11   in shorthand at the time and place therein named and

12   thereafter reduced to typewriting under my

13   direction, and the same is a true, correct, and

14   complete transcript of said proceedings;

15           That if the foregoing pertains to the

16   original transcript of a deposition in a Federal

17   Case, before completion of the proceedings, review

18   of the transcript {  } was {  } was not required.

19           I further certify that I am not interested

20   in the event of this action.

21           Witness my hand this    day of        ,

22   2021.

23           _____

             Certified Shorthand Reporter

24           for the State of California

25



| | | | | |
|---|---|---|---|---|
| 5 | Taco shells are crisp | | 0 | Promotion / coupon |
| 5 | Package is resealable | | 0 | Blog |
| 6 | Taste | | 0 | Other advertising |
| 10 | 0 saturated fat | | 10 | Non-animal based |
| 5 | No artificial colors | | 5 | Price |
| 6 | Gluten free | | 0 | Kosher |
| 6 | Natural flavors | | 10 | Packaging |
| 6 | Stay fresh after opening | | 10 | All natural ingredients |
| 0 | Size of taco shells | | 6 | Family likes / asks for it |
| 6 | Made from real corn | | 3 | Family/friend recommended it |
| 6 | Easy to eat with one hand | | 6 | Convenience |
| 5 | Quantity of taco shells | | 7 | 0 cholesterol |
| 0 | Saltiness | | 7 | Natural sweeteners |
| 5 | Taco shells are not broken | | 5 | Color |
| 10 | Tastes fresh/not stale | | 0 | Way it was displayed in store |
| 10 | Authentic taste | | 0 | Sugar free |
| 5 | Restaurant quality | | 9 | Vegan |
| 10 | 0g trans fat | | 6 | Like the company/brand |
| 6 | Adds fun to foods | | 3 | Soy free |
| 0 | Saw it on tv | | ____ | Other |
| 0 | In store displays | | | |
| 0 | Social media | | | |