# EXHIBIT 5

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
SABRINA SILVA and NANCY SCHIER,   )
on behalf of themselves and all   )
others similarly situated,        )
                                  )
              Plaintiffs,         )
                                  ) Case No.
         vs.                      ) 4:20-cv-00137-
                                  ) JST
B&G FOODS, INC., and B&G FOODS    )
NORTH AMERICA, INC.,              )
                                  )
              Defendants.         )
_____ )
```

VIDEOTAPED DEPOSITION OF SABRINA SILVA
VIA ZOOM
Wednesday, December 16, 2020

REPORTED BY:
NOELLE C. KRAWIEC
CSR NO. 14255

JOB NO.
678534



Page 22

```
 1      A     Yes.
 2      Q     And you don't remember the name of the
 3   defendant in that case?
 4      A     Not offhand.  I don't recall.
 5      Q     How did it resolve?
 6      A     In my favor.
 7      Q     Uh-huh.  How much were you paid?
 8      A     It was like 1,500.
 9      Q     Okay.
10      A     Approximately.
11      Q     Did the company change its label?
12      A     I -- I don't know.
13      Q     Did the company change its product
14   formulation?
15      A     I don't know.
16      Q     How much was Mr. Weston paid?
17      A     I believe like 15,000 possibly.
18      Q     Are you speculating, or is that what it
19   was?
20      A     I'm speculating.
21      Q     Okay.  It's okay to not know the answer to
22   something, but I don't want you to speculate.  I
23   want you -- or if you're estimating, tell me you're
24   estimating.  Like when you said -- you gave me an
25   estimation of time.  That's fine.
```



Page 23

```
 1            But it's real important that -- you know,
 2   just to emphasize, but it is testimony under oath,
 3   and I don't want you to speculate.
 4            Okay?
 5       A    Are you asking me the question again?
 6       Q    No.  I mean I think -- my question is --
 7   and I just want to make sure you understand without
 8   speculating --
 9            Can you tell me how much Mr. Weston was
10   paid?
11       A    Approximately 15,000.
12       Q    Are there any other legal proceedings that
13   you have been involved with at this point that we
14   haven't discussed?
15       A    Not that I recall.
16       Q    In any of the legal proceedings that you've
17   been involved with, has a judge or a jury ever
18   questioned your credibility as a witness?
19       A    No.
20       Q    And I take it you have been honest in all
21   your dealings with the court; correct?
22       A    Correct.
23       Q    Has a judge or a jury ever said anything,
24   like, "We don't believe the testimony you just
25   gave"?
```



```
 1      A    Poison.
 2           MR. WESTON:  Objection.  Vague and
 3   ambiguous.
 4           Go ahead and answer.
 5           THE WITNESS:  Poison.
 6   BY MR. BORDEN:
 7      Q    How did they taste to you?
 8      A    They were good.
 9      Q    And you enjoyed them while you were eating
10   them?
11      A    Yes.
12      Q    Have you ever had any other kinds of taco
13   shells?
14      A    Yes.
15      Q    Which ones?
16      A    Soft corn tortillas -- oh, taco "shell"
17   shells?
18      Q    Uh-huh.
19      A    I believe -- Ortega is just probably the
20   only ones I can remember.
21      Q    Okay.  When was the first time that you
22   bought Ortega taco shells?
23      A    Hmm.  Probably early 2000s.  Early 2000 --
24   2000 -- oh, goodness.  I don't remember the date,
25   but it was early 2000s.
```



```
 1   and argumentative.
 2            THE WITNESS:  Repeat the question, please.
 3   BY MR. BORDEN:
 4       Q    Sure.
 5            MR. BORDEN:  Madam Court Reporter, can you
 6   actually read that back for me, please.
 7            (The record was read as follows:
 8            "But I'm asking you a slightly different
 9            question, which is:  If it had actually
10            said on the front of the box, "Zero grams
11            trans fat per serving," that would be
12            something that would clue you in to what
13            the company is saying, is that this is a
14            per-serving thing, like, 25 calories per
15            serving, or the other things that you would
16            find on the nutritional facts; right?")
17            THE WITNESS:  I don't understand that
18   question.
19   BY MR. BORDEN:
20       Q    Okay.  That's fair.  I'll ask you a
21   different question.
22            If -- well, first of all, did you ever read
23   the nutritional facts on this product?
24       A    Yes.
25       Q    When did you read the nutritional facts?
```



Page 72

```
 1   complete the trifecta -- all right.  Oops.
 2           Can you see the document?
 3       A   Yes.
 4       Q   Okay.  And, just for the record, what do
 5   you see?
 6       A   A list of -- like, do you want me to name
 7   them to you?  Taste, price, taco shells.
 8       Q   Okay.  Thank you.  That's fine.
 9           So you basically see a list of attributes?
10       A   Yes.
11       Q   And you still see that list?
12       A   It's the -- it's really small, so, no, I
13   cannot.
14       Q   Oh, okay.  So I guess I have to put it on
15   the screen.
16           All right.  Is that better?
17       A   Yes, better.
18       Q   So these are a number of attributes that
19   the Ortega taco shells -- that could be used to
20   describe them.
21           And what I want you to do is to -- you
22   know, you bought these over a 15-year [sic] period.
23   But I want to go through each one with you and ask
24   you, on a scale of 1 to 10 -- 10 being most
25   important; one being least important -- if you can
```



Page 51

```
 1     A    Over the years.  I don't remember the date.
 2     Q    And you read the nutritional facts because
 3  you were concerned about, among other things, the
 4  trans fat content and if this was really a healthy
 5  product; is that fair?
 6          MR. WESTON:  Objection.  Compound.
 7          THE WITNESS:  Yes.
 8  BY MR. BORDEN:
 9     Q    And when you read the nutritional facts on
10  the back of the package, it said, "Zero grams trans
11  fat"; is that true?
12     A    I don't recall that.
13     Q    Well, do you have a ballpark of when you
14  read the nutritional facts or how many times you
15  read the nutritional facts?
16     A    No.  No.
17     Q    Would you say you read it at least five
18  times?
19     A    No.
20     Q    Less than that?
21     A    Possibly.
22     Q    So -- but going back to the question that I
23  was maybe inartfully asking.  Let's say that a
24  company had put some clarifying language where it
25  said, "Zero grams trans fat per serving," on the
```



Page 53

```
 1          THE WITNESS:  The front label was
 2   misleading.
 3   BY MR. BORDEN:
 4        Q    I understand.
 5             But my question is:  If it said,
 6   "Zero grams trans fat per serving," on the front of
 7   the label and it also said, "Zero grams trans fat
 8   per serving," on the nutrition facts, would that be
 9   misleading?
10        A    No.
11        Q    So why was zero grams trans fat important
12   to you when you bought the product?
13        A    Why was it important?
14        Q    Uh-huh.
15        A    Because I didn't want to have cancer.  I
16   didn't want to have diabetes or any health problems
17   or give that to my children from feeding them
18   poison.
19        Q    Well, so what did you know about trans fat
20   in the early 2000s when you first bought the
21   product?
22        A    When I first bought it, not much.
23        Q    When did you begin to learn about the trans
24   fat, the effects of trans fat?
25        A    Watching the news.
```



Page 73

```
 1   tell me how important this attribute was to you in
 2   terms of what you were thinking about when you went
 3   to go buy the product.
 4           Okay?
 5      A    Yes.
 6      Q    Okay.  So let's start with taste.
 7           MR. WESTON:  Objection.  Ambiguous.
 8           THE WITNESS:  In percentage amount?
 9   BY MR. BORDEN:
10      Q    On a scale of 1 to 10 -- 10 being most
11   important.
12      A    A 6.
13      Q    Okay.  How about price?
14      A    A 2.
15      Q    Taco shells are not broken?
16      A    About a 3.
17      Q    Taco shells are crisp?
18      A    A 2.
19      Q    No artificial colors?
20      A    A 10.
21      Q    Natural flavors?
22      A    10.
23      Q    All natural ingredients?
24      A    10.
25      Q    Stay fresh after opening?
```



Page 74

```
 1      A     8.
 2      Q     Size of taco shells?
 3      A     3.
 4      Q     Quantity of taco shells?
 5      A     About a 1.
 6      Q     Okay.  So, by the way, this is for a
 7   14-year period.  So if these things changed over the
 8   course of the period, you can say, you know, maybe
 9   it started as a 1 and then it became a 5, if that's
10   the case.
11            Okay?
12      A     Okay.
13      Q     Is there anything you want to change up
14   until this point?
15      A     No.
16      Q     Okay.  Saltiness?
17      A     A 10.
18      Q     Color?
19      A     1.
20      Q     Gluten free?
21      A     1.
22      Q     Sugar free?
23      A     6.
24      Q     Tastes fresh/not stale?
25      A     10.
```


MAGNA LEGAL SERVICES

Page 75

```
 1     Q    Authentic taste?
 2     A    7.
 3     Q    Restaurant quality?
 4     A    3.
 5     Q    Zero grams trans fat?
 6     A    12 -- I'm sorry.  10.
 7     Q    Family likes or asks for it?
 8     A    10.
 9     Q    Saw it on TV?
10     A    1.
11     Q    In-store displays?
12     A    1.
13     Q    Social media?
14     A    3.
15     Q    There was a promotion or a coupon?
16     A    About a 3.
17     Q    Blog?
18     A    1.
19     Q    Other advertising?
20     A    3.
21     Q    Zero saturated fat?
22     A    10.
23     Q    Non-animal based?
24     A    10.
25     Q    Kosher?
```


MAGNA LEGAL SERVICES

Case 4:20-cv-00137-JST Document 106-6 Filed 12/18/21 Page 13 of 17

Page 76

| | | |
|---|---|---|
| 1 | A | 5. |
| 2 | Q | The packaging? |
| 3 | A | 2. |
| 4 | Q | The package is resealable? |
| 5 | A | 2. |
| 6 | Q | Convenience? |
| 7 | A | 3. |
| 8 | Q | Zero alcohol [sic] -- I mean zero |
| 9 | | cholesterol?  Pardon me. |
| 10 | A | 10. |
| 11 | Q | Natural sweeteners? |
| 12 | A | 5. |
| 13 | Q | The way it was displayed in the store? |
| 14 | A | 1. |
| 15 | Q | Vegan? |
| 16 | A | 10. |
| 17 | Q | Soy free? |
| 18 | A | 1. |
| 19 | Q | Made from real corn? |
| 20 | A | 10. |
| 21 | Q | A family or a friend recommended it? |
| 22 | A | 1. |
| 23 | Q | You like the company or the brand? |
| 24 | A | 10. |
| 25 | Q | Excuse me. |



Page 77

```
 1            Adds fun to foods?
 2     A      A 3.
 3     Q      Easy to eat with one hand?
 4     A      8.
 5     Q      Anything else about the product you'd like
 6  to add to the list in terms of importance to you?
 7     A      No.
 8            MR. BORDEN:  All right.  So I think at some
 9  point what I'd like to do is have this list entered
10  as Exhibit 2, and this is the filled-out list.
11            And what I will do is I will send it to --
12  I'll send it out over the next break.  And we'll be
13  able to mark that as Exhibit 2, Madam Court
14  Reporter?
15            THE STENOGRAPHER:  Sure, Counsel.  Thank
16  you.
17            MR. BORDEN:  Thank you.
18     Q      Do you know anybody else that bought Ortega
19  taco shells?  Oh, here it is --
20     A      Personally?
21     Q      Yeah.
22     A      My mom.
23     Q      When was your mom buying Ortega taco
24  shells?
25     A      I've seen them over the years at her house.
```



Page 118

```
 1   you're concerned that trans fat in them may impact
 2   your future health; is that fair to say?
 3        A    That's fair to say, but also my children.
 4   I believed I was an excellent mother that looked out
 5   for the safety and health of her children.  And I
 6   was feeding them something that I didn't know that
 7   could possibly harm them, which indeed it still can
 8   because of what I was giving them.
 9        Q    Okay.  But as we sit here right now, you're
10   not saying that you suffering any current physical
11   injury because of eating the Ortega taco shells; is
12   that fair?
13        A    No.  It's the unknown.  I don't know.
14        Q    Well, do you have any physical injury right
15   now that you blame on Ortega taco shells?
16        A    Besides psychological, no.
17        Q    Okay.  And this is just purely physical.
18             And in terms of your children, are your
19   children suffering from any physical injuries that
20   you blame on Ortega taco shells?
21        A    No.
22        Q    Okay.  Have you seen a psychologist about
23   this psychological injury that you have suffered?
24        A    No.
25        Q    Do you plan to see a psychologist about the
```



Page 140

1  STATE OF CALIFORNIA    )
2  COUNTY OF LOS ANGELES ) ss.
3
4          I, NOELLE C. KRAWIEC, CSR No. 14255, in and
5  for the State of California, do hereby certify:
6          That prior to being examined, the witness
7  named in the foregoing deposition was by me duly
8  sworn to testify to the truth, the whole truth, and
9  nothing but the truth;
10         That said deposition was taken down by me
11 in shorthand at the time and place therein named and
12 thereafter reduced to typewriting under my
13 direction, and the same is a true, correct, and
14 complete transcript of said proceedings;
15         That if the foregoing pertains to the
16 original transcript of a deposition in a Federal
17 Case, before completion of the proceedings, review
18 of the transcript {  } was {  } was not required.
19         I further certify that I am not interested
20 in the event of this action.
21         Witness my hand this 14th day of September,
22 2020.
23         _____
           Certified Shorthand Reporter
24         for the State of California
25



EXHIBIT 2

| | | | |
|---|---|---|---|
| 6 | Taste | 3 | Promotion / coupon |
| 2 | Price | 1 | Blog |
| 3 | Taco shells are not broken | 3 | Other advertising |
| 2 | Taco shells are crisp | 10 | 0 saturated fat |
| 10 | No artificial colors | 10 | Non-animal based |
| 10 | Natural flavors | 5 | Kosher |
| 10 | All natural ingredients | 2 | Packaging |
| 8 | Stay fresh after opening | 2 | Package is resealable |
| 3 | Size of taco shells | 3 | Convenience |
| 1 | Quantity of taco shells | 10 | 0 cholesterol |
| 10 | Saltiness | 5 | Natural sweeteners |
| 1 | Color | 1 | Way it was displayed in store |
| 1 | Gluten free | 10 | Vegan |
| 6 | Sugar free | 1 | Soy free |
| 10 | Tastes fresh/not stale | 10 | Made from real corn |
| 7 | Authentic taste | 1 | Family/friend recommended it |
| 3 | Restaurant quality | 10 | Like the company/brand |
| 10 | 0g trans fat | 3 | Adds fun to foods |
| 10 | Family likes / asks for it | 8 | Easy to eat with one hand |
| 1 | Saw it on tv | ____ | Other |
| 1 | In store displays | | |
| 3 | Social media | | |